IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO,

      Plaintiff,

v.                                      Case No. 1:17-CV-00995-JB-KK

THE PUEBLO OF ISLETA,
a federally recognized Indian tribe,
THE PUEBLO OF SANDIA,
a federally recognized Indian tribe,
THE PUEBLO OF TESUQUE,
a federally recognized Indian tribe,
THE SANTA CLARA PUEBLO,
a federally recognized Indian tribe,
THE SAN FELIPE PUEBLO,
a federally recognized Indian tribe, and
THE SANTA ANA PUEBLO,
a federally recognized Indian tribe.

      Defendants.

## NOTICE OF DISMISSAL

Plaintiff the State of New Mexico, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the above-captioned cause of action.  In this matter, Defendants have neither filed an answer nor a motion for summary judgment, having filed only a motion to dismiss.  Accordingly, Plaintiff has the "absolute right to dismiss without prejudice" under Rule 41(a)(1)(A)(1).  *Janssen v. Harris*, 321 F.3d 998, 1000 (10th Cir. 2003); *see De Leon v. Marcos*, 659 F.3d 1276 (10th Cir. 2011) ("Here, Denman was the only defendant to appear, and it filed a motion to dismiss, not an answer or a motion for summary judgment.  Thus, De Leon could have dismissed the case unilaterally under Rule 41(a)(1)(A)(i).").  Plaintiff therefore voluntarily dismisses the above-captioned cause of action in light of Defendants' decision not to waive their sovereign immunity.

Respectfully submitted,

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By __/s/ Krystle A. Thomas_____
    Nelson Franse
    Ed Ricco
    Krystle A. Thomas
P. O. Box 1888
Albuquerque, NM 87103
Telephone:  (505) 765-5900
FAX:  (505) 768-7395
nfranse@rodey.com
ericco@rodey.com
kthomas@rodey.com
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

    I hereby certify that on November 14, 2017, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By __/s/ Krystle A. Thomas_____
    Krystle A. Thomas