**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

STATE OF NEW MEXICO,

      Plaintiff,

vs.                                                                                                   No. CIV 17-0995 JB\KK

THE PUEBLO OF ISLETA; THE PUEBLO
OF SANDIA; THE PUEBLO OF
TESUQUE; THE SANTA CLARA
PUEBLO and THE SANTA ANA
PUEBLO,

      Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Plaintiff's Notice of Dismissal, filed November 11, 2017 (Doc. 13). Plaintiff State of New Mexico states that, pursuant to rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, it "hereby voluntarily dismisses the above-captioned cause of action." Notice of Dismissal at 1. Rule 41 permits a plaintiff to voluntarily dismiss an action without a court order "by filing a notice of dismissal before the opposing party files an answer or a motion for summary judgment." Fed. R. Civ. Pro. 41(a)(1)(A)(i). Defendants the Pueblo of Isleta, the Pueblo of Sandia, the Pueblo of Tesuque, the Santa Clara Pueblo, and the Santa Ana Pueblo submitted the Defendants' Motion to Dismiss Complaint for Breach of Contract, filed October 27, 2017 (Doc. 12)("Motion to Dismiss"), but they have not filed an Answer or Motion for Summary Judgment. Accordingly, Plaintiff State of New Mexico's voluntary dismissal is proper, and the Defendants' Motion to Dismiss is moot. Because there are no longer any claims against any parties remaining in the case, the Court enters this Final Judgment under rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that this action is dismissed and Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Edward Ricco
Nelson Franse
Krystle A. Thomas
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

David C. Mielke
Sonosky, Chambers, Sachse, Mielke & Brownell, LLP
Albuquerque, New Mexico

    *Attorneys for Defendants Pueblo of Isleta and Pueblo of Sandia*

Thomas J. Peckham
Nordhaus Law Firm, LLP
Albuquerque, New Mexico

    *Attorneys for Defendant Pueblo of Tesuque*

Richard W. Hughes
Reed C. Bienvenu
Donna M. Connolly
Rothstein, Donatelli, LLP
Santa Fe, New Mexico

    *Attorneys for Defendant Santa Clara Pueblo and Santa Ana Pueblo*

Gwenellen P. Janov
Janov Law Offices, P.C.
Albuquerque, New Mexico

    *Attorney for Defendant San Felipe Pueblo*